THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
NILI T. MOGHADDAM (California Bar No. 226636)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6520
    Facsimile: (213) 894-0141
    E-mail: nili.moghaddam@usdoj.gov

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>SANTIAGO CURIEL,<br><br>    Defendant. | ) Case No. CR 05-889-RSWL<br>)<br>) ORDER RE: DEFENDANT'S<br>) MOTION FOR REDUCTION OF<br>) SENTENCE PURSUANT TO 18<br>) U.S.C. § 3582(c)(2)<br>)<br>)<br>)<br>) |

On September 30, 2008, this Court heard Defendant Santiago Curiel's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2). The Government was represented by Assistant United States Attorney Nili T. Moghaddam, and Defendant was represented by Kenneth M. Stern.

///

///

///

1     Having reviewed the parties' submissions, including
2 the Motion, Opposition, and Reply, as well as the
3 parties' arguments, **IT IS HEREBY ORDERED** that
4
5 Defendant's Motion is **DENIED**.
6
7 **IT IS SO ORDERED**.
8
9 DATED: October 3, 2008
10
11                               _____
                                **HON. RONALD S.W. LEW**
12                               Senior U.S. District Judge
13
14
15 Presented by:
16   /s/
  NILI T. MOGHADDAM
17 Assistant United States Attorney
18
19
20
21
22
23
24
25
26
27
28