# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America, | ) | CR 05-00889 RSWL |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Santiago Curiel, | ) | |
| Defendant. | ) | |

On April 25, 2011, Defendant Santiago Curiel filed a Motion for the Appointment of New Counsel [125] in order to aid Defendant in his proceeding under 28 U.S.C. § 2255. As such, Plaintiff United States of America is hereby ordered to submit to the Court its position with respect to this Motion for the Appointment of New Counsel. Plaintiff's response to this Order is due no later than May 17, 2011.

DATED: May 6, 2011
**IT IS SO ORDERED.**

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

1